JS-6

Richard D. Harris (*pro hac vice*)
Email:  harrisr@gtlaw.com
GREENBERG TRAURIG, LLP
77 West Wacker Drive, suite 3100
Chicago, Illinois 60601
Tel: (312) 546-8400
Fax: (312) 456-8435
Attorneys for Plaintiff
HABERSHAM PLANTATION CORPORATION

James C. Yang (SBN 231,350)
Lowell Anderson (SBN 105,323)
STETINA BRUNDA GARRED & BRUCKER
75 Enterprise, Suite 250
Aliso Viejo, CA 92656
Email: litigate@stetinalaw.com
Tel: (949) 855-1246
Fax: (949) 855-6371
Attorneys for Defendant
EASTERN LEGENDS, INC.

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA -- EASTERN DIVISION

| | |
|---|---|
| HABERSHAM PLANTATION CORPORATION, a Georgia corporation, <br><br>          Plaintiff(s), <br><br> vs. <br><br> EASTERN LEGENDS, INC., <br><br> a California corporation <br><br>          Defendant(s). | **CASE NO. CV10-6250 VBF(FMOx)** <br><br><br> **[PROPOSED] CONSENT DECREE** |

///

///

# CONSENT DECREE

Plaintiff Habersham Plantation Corporation ("Habersham"), having filed its Complaint alleging various acts in violation of the United States Copyright Laws and demanding injunctive relief and damages relative to the various accused products, as appears more fully in that Complaint, and Prayer for Relief contained therein, against Defendant Eastern Legends, Inc.  ("Eastern"), and the parties having agreed on an amicable basis for resolution of the above controversy, without trial and without adjudication of the issues of fact and conclusions of law manifested by said controversy, through entry of this Consent Decree.

## IT IS ORDERED, ADJUDGED AND DECREED THAT:

1.      Habersham and Eastern each respectively acknowledge, by execution of this CONSENT DECREE, this Court's jurisdiction over the parties and the subject matter of the present litigation, as well as acknowledge this Court's continuing jurisdiction over the enforcement of this Consent Decree.

2.      Eastern admits that Habersham owns valid copyrights in the following furniture designs, collectively "the Asserted Designs": Approach Road Cabinet, Preston Corner Cabinet, Chateau Sideboard/Curio, Kirtlington Vanity, Giovanni Round End Table, Giovanni Sideboard, Giovanni Round Coffee Table, Sophia Cabinet, Marcelle Chest, Colette Chest, Bella Chest, Chantilly Bed, Buckingham 3 Piece Entertainment Center, Cotswald Cupboard, Limoges Arm Chair, Courtney Coffee Table, Edington Coffee Table, 9 Drawer Commode, and Palisade Corner Cupboard, photos of which are shown in Exhibit 1, attached.  The photos of Exhibit 1 are exemplars of Habersham's designs and do not define the scope of Habersham's copyright rights.  As used herein, the "Asserted Designs" is further limited to the copyrightable subject matter within the specified furniture designs.

3.      Accordingly, Eastern, its principals, officers, directors, agents, servants, and employees, as well as any successors and/or assigns of Eastern and all those acting in

CHI 60,175,013v1 9-13-10

privity, concert or participation with Eastern, shall be and are hereby permanently enjoined unless otherwise directed by Habersham from:

      a.    Imitating, copying, duplicating, reproducing any of the Asserted Designs or preparing infringing derivative works from any of the Asserted Designs;

      b.    Manufacturing, having manufactured, importing, or exporting any furniture item which copies any one or more of the Asserted Designs, or which is substantially similar to any one or more of the Asserted Designs and/or which is an infringing derivative work of any one or more of the Asserted Designs;

      c.    Advertising, marketing, promoting, selling, offering to sell, or otherwise attempting to distribute, in any way, any furniture item which copies any one or more of the Asserted Designs, which is substantially similar to any one or more of the Asserted Designs and/or which is an infringing derivative work of any one or more of the Asserted Designs;

      d.    Enabling, facilitating or assisting any other individual or entity, in any way, in manufacturing, importing, exporting, destroying, disposing of, advertising, marketing, promoting, selling, offering to sell or otherwise distributing any furniture item which copies any one or more of the Asserted Designs, which is substantially similar to any one or more of the Asserted Designs and/or which is an infringing derivative work of any one or more of the Asserted Designs.

### IT IS FURTHER ORDERED:

With the exception of the retention of jurisdiction to enforce the Settlement Agreement of September 24, 2010, this case is hereby dismissed with prejudice, with each party bearing their own respective costs and attorney's fees. All pretrial and trial dates are stricken, and all pending motions are denied as moot.

[PROPOSED] CONSENT DECREE

CHI 60,175,013v1 9-13-10

Defendants are advised that any violation of the Consent Decree may be viewed as a contempt of court.

Entered this 28th day September of 2010.

_____

Valerie Fairbank, United States District Judge

Approved on behalf of Plaintiff:          Approved on behalf of Defendant:

_____*/s/ Richard D. Harris*_____          _____*/s/ Lowell Anderson*_____

Greenberg Traurig, LLP                    James C. Yang (SBN 231,350)
77 West Wacker Drive, Suite 3100          Lowell Anderson (SBN 105,323)
Chicago, Illinois 60601                   STETINA BRUNDA GARRED &
Attorneys for HABERSHAM                    BRUCKER
PLANTATION CORPORATION                    75 Enterprise, Suite 250
                                          Aliso Viejo, CA 92656
                                          Attorneys for EASTERN LEGENDS, INC.

[PROPOSED] CONSENT DECREE

# EXHIBIT 1

Exhibit 1 to CONSENT DECREE, Page 1 of 19


Habersham's Approach Road Cabinet



Exhibit 1 to CONSENT DECREE, Page 2 of 19



Habersham's Preston Corner Cabinet

Exhibit 1 to CONSENT DECREE, Page 3 of 19

**Habersham's Chateau Sideboard/Curio**



Exhibit _____1_____ Page ___6___

Exhibit 1 to CONSENT DECREE, Page 4 of 19



Habersham's Kirtlington Vanity

Exhibit ___1___ Page ___7___

Exhibit 1 to CONSENT DECREE, Page 5 of 19



Habersham's Giovanni Round End Table

Exhibit _____ 1 _____ Page _____ 8 _____

Exhibit 1 to CONSENT DECREE, Page 6 of 19

Hanbersham's Giovanni Sideboard



Exhibit 1 to CONSENT DECREE, Page 7 of 19



Habersham's Table, Giovanni Round Coffee

Exhibit 1 to CONSENT DECREE, Page 8 of 19



Habersham's Sophia Cabinet

Exhibit _____1_____ Page _11_

Exhibit 1 to CONSENT DECREE, Page 9 of 19



Habersham's Marcelle Chest

Exhibit ___1___ Page ___12___

**Exhibit 1 to CONSENT DECREE, Page 10 of 19**



Habersham's Colette Chest

Exhibit 1 to CONSENT DECREE, Page 11 of 19

**Habersham's Bella Chest**



Exhibit 1 to CONSENT DECREE, Page 12 of 19

**Habersham's Chantilly Bed**



**Habersham's Chantilly Bed**

Exhibit ____1____ Page ___15___

Exhibit 1 to CONSENT DECREE, Page 13 of 19



Habersham's Buckingham 3 Piece Home Entertainment Center

Exhibit 1 Page 16

Exhibit 1 to CONSENT DECREE, Page 14 of 19



Habersham's Cotswald Cupboard

Exhibit 1 Page 17

Exhibit 1 to CONSENT DECREE, Page 15 of 19



Habersham's Limoges Arm Chair

Exhibit ____1____ Page ____18____

Exhibit 1 to CONSENT DECREE, Page 16 of 19



Habersham's Courtney Coffee Table

Exhibit ___1___ Page ___19___

Exhibit 1 to CONSENT DECREE, Page 17 of 19



Habersham's Edlington Coffee Table

Exhibit ___1___ Page __30__

Exhibit 1 to CONSENT DECREE, Page 18 of 19



Habersham's Palisade Corner Cupboard

Exhibit ___1___ Page _21_

Exhibit 1 to CONSENT DECREE, Page 19 of 19



Habersham's 9 Drawer Commode

Exhibit _____1_____ Page _____22